IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| DANNY G. GOUGH, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV00398 |
| | ) | |
| BERNHARDT & STRAWSER, PA, | ) | |
| ROBERT J. BERNHARDT, and | ) | |
| TONYA L URPS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER & JUDGMENT

BEATY, District Judge.

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Dismiss [Document #7] is GRANTED and this case is hereby DISMISSED. It is FURTHER ORDERED that Defendants' request for attorney's fees is DENIED.

This, the 30th day of June, 2006.

_____
United States District Judge